IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


ESTATE OF JACK P. KING,

      Plaintiff,

v.                           CASE NO. 4:12cv603-RH/CAS

FLORIDA DEPARTMENT OF CORRECTIONS
et al.,

      Defendants.

_____/

## ORDER CLOSING THE FILE

The plaintiff has filed a notice of voluntary dismissal with prejudice. ECF No. 5. The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). This order confirms that the case has been dismissed. The clerk must close the file.

SO ORDERED on May 8, 2014.

                                s/Robert L. Hinkle
                                United States District Judge